# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 16-59003-BEM | Trustee Name: | (300031) Kyle Cooper |
|---|---|---|---|
| Case Name: | WISNER, JAMES DANIEL | Date Filed (f) or Converted (c): | 05/24/2016 (f) |
| | | § 341(a) Meeting Date: | 06/27/2016 |
| For Period Ending: | 12/31/2018 | Claims Bar Date: | 01/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # — Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 — 721 Vine Circle, Social Circle, GA 30025-0000, W<br>Orig. Description: 721 Vine Circle, Social Circle, GA 30025-0000, Walton County Investment property, Other: commercial building, 100% owned by Debtor; subject to restrictive covenants.<br>Entire property value: $30,000.00; Imported from original petition Doc# 12 | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 — 2361 Lovejoy Road, Lovejoy, GA 30250-0000, Clayt<br>Orig. Description: 2361 Lovejoy Road, Lovejoy, GA 30250-0000, Clayton County Single-family home, Investment property<br>Entire property value: $50,000.00; Imported from original petition Doc# 12 | 50,000.00 | 0.00 | | 0.00 | FA |
| 3 — Calypso Resort 15817 Front Beach Rd, #E607, Pana<br>Orig. Description: Calypso Resort 15817 Front Beach Rd, #E607, Panama City Beach, FL 32413-0000, Bay County<br>Condominium or cooperative, Investment property, 50% owner with Lee Waldo; DSD to Chase; Waldo make all payment; lease in Waldo only.<br>Entire property value: $250,000.00; Imported from original petition Doc# 12 | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 4 — Cash<br>Orig. Description: Cash; Imported from original petition Doc# 12 | 150.00 | 0.00 | | 0.00 | FA |
| 5 — General household furniture and furnishings<br>Orig. Description: General household furniture and furnishings; Imported from original petition Doc# 12 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 — Televisions and stereo<br>Orig. Description: Televisions and stereo; Imported from original petition Doc# 12 | 500.00 | 0.00 | | 0.00 | FA |
| 7 — Clothing and personal effects<br>Orig. Description: Clothing and personal effects; Imported from original petition Doc# 12 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 — gold wedding bank ($200) Rolex Celini dress watc<br>Orig. Description: gold wedding bank ($200) Rolex Celini dress watch ($2,500); Imported from original petition Doc# 12 | 2,700.00 | 0.00 | | 0.00 | FA |
| 9 — golf clubs<br>Orig. Description: golf clubs; Imported from original petition Doc# 12 | 50.00 | 50.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 16-59003-BEM | Trustee Name: | (300031) Kyle Cooper |
|---|---|---|---|
| Case Name: | WISNER, JAMES DANIEL | Date Filed (f) or Converted (c): | 05/24/2016 (f) |
| | | § 341(a) Meeting Date: | 06/27/2016 |
| For Period Ending: | 12/31/2018 | Claims Bar Date: | 01/02/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Firearms: (estimated FMV)) 300 Blackout Bolt Gun | 8,175.00 | 0.00 | OA | 0.00 | FA |
| | Orig. Description: Firearms: (estimated FMV)) 300 Blackout Bolt Gun #7840064 ($400) 300 Blackout AR #06110135 ($1,800) Model 15 S&W38 #1K13842 ($300) Model 37 S&W 38 #22672 R2 ($300) Model 12 S&W 38 #5314X ($350) Model 40 S&W 38 #55292 ($350) Model 28 S&W 357 Mag #55875 ($400) Model 27 S&W 38 #197X5 ($300) Model M88 Rossi 38 #W293693 ($200) 32 H&R#NM002422 ($150) Model 17 Glock 9MM #GPE034 ($350) Model 22 Glock 40 S&W #GPP714 ($375) Government Colt 45 ACP #C128176 ($800) Model 151K Mossburg semi auto 22LR No SS found ($225) Model 353T Bolt Action MOssburg 22LR #1109094 ($275) Model 514 Single Shot Remington 22 LR #KKU ($125) Belgium Browning Light 12 GA#1K6122 ($1,200) REmington 12 GA double barrel #111274 ($275); Imported from original petition Doc# 12 | | | | | |
| 11 | IRA: Edward Jones | 19,242.00 | 1,689.00 | | 0.00 | FA |
| | Orig. Description: IRA: Edward Jones; Imported from original petition Doc# 12 | | | | | |
| 12 | IRA: Merrill Lynch | 120,225.00 | 0.00 | | 0.00 | FA |
| | Orig. Description: IRA: Merrill Lynch; Imported from original petition Doc# 12 | | | | | |
| 13 | 401K: John Hancock | 161,069.99 | 0.00 | | 0.00 | FA |
| | Orig. Description: 401K: John Hancock; Imported from original petition Doc# 12 | | | | | |
| 14 | Atlanta Arms & Ammo, Inc. Location: 721 VINE CIR | 407,729.00 | 407,729.00 | | 0.00 | FA |
| | Orig. Description: Atlanta Arms & Ammo, Inc. Location: 721 VINE CIR, SOCIAL CIRCLE, GA, 30025-3010 90% owned by Debtor assets include: $380,000 loan to Shelly Enterprises (matures 9/1/16) $29,031.69 bank account $44,000 receivable from Specialty Cartridge, 90% ownership; Imported from original petition Doc# 12 | | | | | |
| 15* | Caribou Investments, LLC [Series B owned 100% by | 0.00 | 1.00 | | 0.00 | 1.00 |
| | Orig. Description: Caribou Investments, LLC [Series B owned 100% by Wisner] Series B Assets include: $5,344.52 cash in bank $225,000 cash held in escrow by David Ozburn, Esq. $47,000 loan to Albert Taylor Big 5 Enterprises, LLC (owns 97 acres Tara Field, secured by to loan to Piedmont Bank) [Wisner interest 50%], 100% ownership; Imported from original petition Doc# 12<br><br>Valued at $1.00 due to contingent, unliquidated status. Pending litigation; estimating a value could hinder a full recovery. (See Footnote) | | | | | |
| 16 | Baron Partners Executive Aircraft LLC (no assets | 0.00 | 0.00 | | 0.00 | FA |
| | Orig. Description: Baron Partners Executive Aircraft LLC (no assets), 67% ownership; Imported from original petition Doc# 12 | | | | | |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 16-59003-BEM
**Case Name:** WISNER, JAMES DANIEL
**For Period Ending:** 12/31/2018

**Trustee Name:** (300031) Kyle Cooper
**Date Filed (f) or Converted (c):** 05/24/2016 (f)
**§ 341(a) Meeting Date:** 06/27/2016
**Claims Bar Date:** 01/02/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Falcon Barron 58 LLC (no assets), 25% ownership | 0.00 | 0.00 | | 0.00 | FA |
| | Orig. Description: Falcon Barron 58 LLC (no assets), 25% ownership; Imported from original petition Doc# 12 | | | | | |
| 18 | Executive Aircraft LLC, 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| | Orig. Description: Executive Aircraft LLC, 50% ownership; Imported from original petition Doc# 12 | | | | | |
| 19 | 2015 joint federal tax refund (net after payment | 87,500.00 | 87,500.00 | | 98,965.00 | FA |
| | Orig. Description: 2015 joint federal tax refund (net after payment of 2015 taxes due; amount estimated, return not filed): federal; Imported from original petition Doc# 12 | | | | | |
| **19** | **Assets    Totals    (Excluding unknown values)** | **$1,015,340.99** | **$497,969.00** | | **$98,965.00** | **$1.00** |

RE PROP# 15    Valued at $1.00 due to contingent, unliquidated status. Pending litigation; estimating a value could hinder a full recovery.

**Major Activities Affecting Case Closing:**

12/1/2018 - Settlement Agreement with Wisners approved (Doc. No. 87). Litigation in Adversary Proceeding 17-05252 ongoing.

10/1/2018 - Trustee seeking approval of settlement of Adversary 17-05241. Trustee continuing litigation and negotiations with regard to adversary proceeding 17-05252.

12/23/2017 - Litigation in two (2) Adversary Proceedings ongoing.

11/08/2017 - Adversary Proceeding ongoing (17-05241) re tax return. Trustee asserting counter claim.

10/04/2017 - Adversary Proceeding pending (17-05252) re Trustee's recovery of fraudulent transfers & preferences. Litigation ongoing.

**Initial Projected Date Of Final Report (TFR):**    12/27/2018        **Current Projected Date Of Final Report (TFR):**    12/31/2019

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

| | |
|---|---|
| **Case No.:** 16-59003-BEM | **Trustee Name:** (300031) Kyle Cooper |
| **Case Name:** WISNER, JAMES DANIEL | **Date Filed (f) or Converted (c):** 05/24/2016 (f) |
| | **§ 341(a) Meeting Date:** 06/27/2016 |
| **For Period Ending:** 12/31/2018 | **Claims Bar Date:** 01/02/2018 |

01/28/2019                                                         /s/Kyle Cooper

Date                                                                Kyle Cooper

**Form 2**

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 16-59003-BEM | Trustee Name: | Kyle Cooper (300031) |
|---|---|---|---|
| Case Name: | WISNER, JAMES DANIEL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4426 | Account #: | ******3800 Checking |
| For Period Ending: | 12/31/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/18 | {19} | Lamberth Cifelli Ellis & Nason | Tax Refund | 1124-000 | 98,965.00 | | 98,965.00 |
| | | | COLUMN TOTALS | | 98,965.00 | 0.00 | $98,965.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 98,965.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $98,965.00 | $0.00 | |

{ } Asset Reference(s)                                                                                         ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 16-59003-BEM |
| **Case Name:** | WISNER, JAMES DANIEL |
| **Taxpayer ID #:** | **-***4426 |
| **For Period Ending:** | 12/31/2018 |

| | |
|---|---|
| **Trustee Name:** | Kyle Cooper (300031) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3800 Checking |
| **Blanket Bond (per case limit):** | $30,390,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $98,965.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $98,965.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $98,965.00 | $0.00 | $98,965.00 |
| | **$98,965.00** | **$0.00** | **$98,965.00** |

| | |
|---|---|
| 01/28/2019 | /s/Kyle Cooper |
| **Date** | **Kyle Cooper** |